5-23CV-141-C

2023 JUL -5 PM 1:25


DEPUTY CLERK

Hello my Name is Derick Calloway

And I would like to Sue Dawson County & Lamesa police Deparment officer thorten Beat me up He tazed me for know reason grabed me by my throat and slamed me and then slaped me and my face I was hand coffed the whole time. He searched my car with out our permission he is a very raceist person he been raceial profileing me the whole time he been on force He has pulled me over back to back ~~harres~~ hearessing me this whole time. not only me but he is targetting my faimily I can't walk outside with out him messing with me and I am tired of this it's been going on every sence i was a kid and i am sost tired of this can you please help me.

Thank you for your time.


RECEIVED
JUL - 5 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

