IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| DERICK CALLOWAY,<br>Institutional ID No. 02492072,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL THORTON, *et al.*,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§　CIVIL ACTION NO. 5:23-CV-141-BV<br>§<br>§<br>§<br>§<br>§ |

## JUDGMENT

It is **ORDERED** and **ADJUDGED** that Plaintiff's amended complaint and all claims alleged therein are dismissed with prejudice, with the exception of Plaintiff's claim for unlawful detainment against Sgt. Thornton, which is dismissed with prejudice until the conditions of *Heck v. Humphrey*, 512 U.S. 477, 486–87 (1994), are met.

This dismissal shall count as a qualifying dismissal or "strike" under 28 U.S.C. § 1915 and *Adepegba v. Hammons*, 103 F.3d 383 (5th Cir. 1996). *See Lomax v. Ortiz-Marquez*, 140 S. Ct. 1721, 1723 (2020).

**SO ORDERED.**

Dated: October 31, 2024.

_____
**AMANDA 'AMY' R. BURCH**
**UNITED STATES MAGISTRATE JUDGE**